UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Criminal No. 10-6623 ~~_____~~ (WHW)

<u>UNITED STATES OF AMERICA v. GABRIEL VARGAS</u>

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. Gabriel Vargas, ~~_____~~, SSN: ~~_____~~, SID# 6517344, is now confined at the Manhattan Detention Complex, 125 White Street, New York, New York.

2. Said individual will be required at the United States District Court in Newark, New Jersey on Tuesday, May 18, 2010, at 9:00 a.m. for a plea hearing before Hon. William H. Walls in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: April 30, 2010

/s/ ERIC T. KANEFSKY
ERIC T. KANEFSKY
Assistant United States Attorney
Petitioner (973) 645-2746

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 4/30/2010

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:   THE UNITED STATES OF AMERICA TO WARDEN OF NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, WE COMMAND that you have the body of Gabriel Vargas, D.O.B. ~~_____~~, SSN ~~_____~~, now confined in Manhattan Detention Complex, New York, New York, brought to the United States District Court located in Newark, New Jersey on Tuesday, May 18, 2010 at 9:00 a.m. for a plea hearing in the above-captioned matter. The defendant shall remain in federal custody until these proceedings are completed. Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge at Newark, New Jersey

DATED: April 30, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk