CLIFFORD E. LAZZARO & ASSOCIATES, P.C.
400 W MAIN STREET, THIRD FLOOR
FREEHOLD, NEW JERSEY  07728
TEL. #: (732) 866-1600
FAX #: (732) 866-8664

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    HON. WILLIAM H. WALLS

vs.                         :    MAG. NO. 10-6023  (WHW)

GABRIEL VARGAS              :    **CONSENT ORDER FOR REINSTATING BAIL**

This matter having been opened to the Court on consent by Clifford E. Lazzaro, Esq., Attorney for the Defendant, Gabriel Vargas, and Eric T. Kanefsky, Assistant U.S. Attorney for the District of New Jersey, to reinstate defendant's, Gabriel Vargas, bail in accordance with all original conditions of bail.

IT IS HEREBY ORDERED that bail shall be immediately reinstated in the above matter and that all original conditions of bail shall apply.

FURTHER, defendant, Gabriel Vargas, within twenty-four (24) hours of his release from custody in the State of New York shall appear at the United States Pretrial Services Office, 50 Walnut Street, Room 1018, Newark, New Jersey, for the purpose of re-attachment of ankle bracelet monitoring.

_____
HON. WILLIAM H. WALLS
United States Magistrate Judge

Consented and Agreed to by:

_____
CLIFFORD E. LAZZARO, ESQ.
Counsel for Defendant, Gabriel Vargas

_____
ERIC T. KANEFSKY
Assistant U.S. Attorney